FILED

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0604

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

  v.

JASON BRYAN MARTIN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 25, 2020, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 24 2020